## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian M Shaffer                                          CHAPTER 13

Debtor(s)

BKY. NO. 26-11140 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
24 Mar 2026, 14:07:31, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 360dc041c26cfbecc848d4574c9d6b4052ea7f1161ecc877f3e3b22eaf13615e