IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Brian Shaffer         :   Chapter 7
      Debtor             :   Bankruptcy No: **26-11140**

O R D E R

AND NOW, this  2nd  day of  April  , 2026, upon review of

Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs,

Disclosure of Attorney Compensation, Statement of Current Monthly Income and

Summaries of Schedules and Certain Liabilities, it is HEREBY

ORDERED and DECREED that Debtor is GRANTED fourteen (14) days

additional time in which to file the missing documents.

By the Court:

_____

Honorable Ashely M Chan
Chief United States Bankruptcy Judge