**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Brian Shaffer**              : Chapter 13
                                      :
            Debtor                    : Bankruptcy No. **26-11140**

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

    Kindly withdraw debtor's **Schedules AB thru J** filed on, April 13, 2026, Docket Entry 13.

                Respectfully Submitted,

                **Jeanne Marie Cella and Associates, LLC**

                BY: */s/ Jeanne Marie Cella, Esquire____*
                  Jeanne Marie Cella, Esquire

Dated: April 13, 2026