# TouchPoint

| | |
|---|---|
| **Employee Name:** | Brian M Shaffer |
| **Employee #:** | 000002696 |
| **Employee Address:** | 28 Scarlet Ave<br>Aston, PA 19014 |
| **Department:** | INJM000005:CV CUSTOM VS (MOLDING) |
| **Job Title:** | Plastics S/U & Processor |

| | |
|---|---|
| **Pay Date:** | 2/27/2026 |
| **Pay Period:** | 2/9/2026 - 2/22/2026 |
| **Deposit Advice #:** | 216506187 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 34.9700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$0.00 |
| **Local Exemptions:** | 0 (Concord) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | |
|---|---|
| **Employer Name:** | Southco Inc |
| **Employer Phone:** | 610-361-6085 |
| **Employer Address:** | 210 N Brinton Lake Road<br>Concordville, PA 19331 |

Case 26-11140-amc    Doc 25    Filed 06/15/26    Entered 06/15/26 16:30:59    Desc Main Document    Page 61 of 75

| | Current 2/9/2026 - 2/22/2026 | | | YTD As of 2/22/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 80.00 | | $2,797.60 | 409.00 | $14,278.33 |
| Regular | 80.00 | 34.9700 | $2,797.60 | 376.00 | $13,003.24 |
| Company Holiday | | | | 24.00 | $803.04 |
| Overtime | | | | 9.00 | $472.05 |
| **Taxable Benefits** | | | $10.01 | | $45.55 |
| Imputed Income | | | $10.01 | | $45.55 |
| **Memo Information** | | | $876.27 | | $4,358.19 |
| 401(k) Match | | | $69.94 | | $356.83 |
| ER Paid Medical | | | $806.33 | | $4,001.36 |
| **Pre-Tax Deductions** | | | $473.64 | | $2,376.51 |
| 401K | | | $139.88 | | $710.71 |
| Dental | | | $14.26 | | $74.51 |
| Medical | | | $317.18 | | $1,580.34 |
| Vision | | | $2.32 | | $11.95 |
| **Taxes** | | | $537.91 | | $2,787.08 |
| Fed W/H | | | $244.43 | | $1,285.58 |
| FICA EE | | | $153.38 | | $784.35 |
| Fed MWT EE | | | $35.87 | | $183.42 |
| PA W/H | | | $75.64 | | $387.29 |
| PA UT EE | | | $1.95 | | $9.99 |
| CncrdTwpW/H-D | | | $24.64 | | $126.45 |
| CncrdTwpLST | | | $2.00 | | $10.00 |

| | **Routing #** | **Account #** | **Amount** | | **Amount** |
|---|---|---|---|---|---|
| **Net Pay** | | | $1,786.05 | | $9,113.69 |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,736.05 | | |

# TouchPoint

| | |
|---|---|
| **Employee Name:** | Brian M Shaffer |
| **Employee #:** | 000002696 |
| **Employee Address:** | 28 Scarlet Ave<br>Aston, PA 19014 |
| **Department:** | INJM000005:CV CUSTOM VS (MOLDING) |
| **Job Title:** | Plastics S/U & Processor |

| | |
|---|---|
| **Pay Date:** | 1/16/2026 |
| **Pay Period:** | 12/29/2025 - 1/11/2026 |
| **Deposit Advice #:** | 192669061 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 34.9700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$0.00 |
| **Local Exemptions:** | 0 (Concord) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | |
|---|---|
| **Employer Name:** | Southco Inc |
| **Employer Phone:** | 610-361-6085 |
| **Employer Address:** | 210 N Brinton Lake Road<br>Concordville, PA 19331 |

| | Current 12/29/2025 - 1/11/2026 | | | YTD As of 1/11/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 80.25 | | **$2,749.75** | 160.25 | **$5,426.55** |
| Regular | 32.00 | 33.4600 | $1,070.72 | 136.00 | $4,610.96 |
| Regular | 40.00 | 34.9700 | $1,398.80 | | |
| Company Holiday | 8.00 | 33.4600 | $267.68 | 24.00 | $803.04 |
| Overtime | 0.25 | 50.1900 | $12.55 | 0.25 | $12.55 |
| **Taxable Benefits** | | | **$7.22** | | **$16.32** |
| Imputed Income | | | $7.22 | | $16.32 |
| **Memo Information** | | | **$875.08** | | **$1,718.04** |
| 401(k) Match | | | $68.75 | | $135.67 |
| ER Paid Medical | | | $806.33 | | $1,582.37 |
| **Pre-Tax Deductions** | | | **$465.49** | | **$933.09** |
| 401K | | | $137.49 | | $271.33 |
| Dental | | | $14.26 | | $28.52 |
| Medical | | | $311.42 | | $628.60 |
| Vision | | | $2.32 | | $4.64 |
| **Taxes** | | | **$524.01** | | **$1,024.13** |
| Fed W/H | | | $235.69 | | $456.64 |
| FICA EE | | | $150.60 | | $296.43 |
| Fed MWT EE | | | $35.22 | | $69.33 |
| PA W/H | | | $74.35 | | $146.28 |
| PA UT EE | | | $1.93 | | $3.80 |
| CncrdTwpW/H-D | | | $24.22 | | $47.65 |
| CncrdTwpLST | | | $2.00 | | $4.00 |

| | **Routing #** | **Account #** | **Amount** | | **Amount** |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,760.25** | | **$3,469.33** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,710.25 | | |

**TouchPoint**

| | |
|---|---|
| **Employee Name:** | Brian M Shaffer |
| **Employee #:** | 000002696 |
| **Employee Address:** | 28 SCARLET AVE<br>ASTON, PA 19014 |
| **Department:** | INJM000005:CV CUSTOM VS (MOLDING) |
| **Job Title:** | Plastics S/U & Processor |

| | |
|---|---|
| **Pay Date:** | 1/2/2026 |
| **Pay Period:** | 12/15/2025 - 12/28/2025 |
| **Deposit Advice #:** | 183064909 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 33.4600 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$0.00 |
| **Local Exemptions:** | 0 (Concord) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | |
|---|---|
| **Employer Name:** | Southco Inc |
| **Employer Phone:** | 610-361-6085 |
| **Employer Address:** | 210 N Brinton Lake Road<br>Concordville, PA 19331 |

| | Current<br>12/15/2025 - 12/28/2025 | | | YTD<br>As of 12/28/2025 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,676.80** | **80.00** | **$2,676.80** |
| Regular | 64.00 | 33.4600 | $2,141.44 | 64.00 | $2,141.44 |
| Company Holiday | 16.00 | 33.4600 | $535.36 | 16.00 | $535.36 |
| **Taxable Benefits** | | | **$9.10** | | **$9.10** |
| Imputed Income | | | $9.10 | | $9.10 |
| **Memo Information** | | | **$842.96** | | **$842.96** |
| 401(k) Match | | | $66.92 | | $66.92 |
| ER Paid Medical | | | $776.04 | | $776.04 |
| **Pre-Tax Deductions** | | | **$467.60** | | **$467.60** |
| 401K | | | $133.84 | | $133.84 |
| Dental | | | $14.26 | | $14.26 |
| Medical | | | $317.18 | | $317.18 |
| Vision | | | $2.32 | | $2.32 |
| **Taxes** | | | **$500.12** | | **$500.12** |
| Fed W/H | | | $220.95 | | $220.95 |
| FICA EE | | | $145.83 | | $145.83 |
| Fed MWT EE | | | $34.11 | | $34.11 |
| PA W/H | | | $71.93 | | $71.93 |
| PA UT EE | | | $1.87 | | $1.87 |
| CncrdTwpW/H-D | | | $23.43 | | $23.43 |
| CncrdTwpLST | | | $2.00 | | $2.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,709.08** | | **$1,709.08** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,659.08 | | |

# TouchPoint

| | |
|---|---|
| **Employee Name:** | Brian M Shaffer |
| **Employee #:** | 000002696 |
| **Employee Address:** | 28 Scarlet Ave<br>Aston, PA 19014 |
| **Department:** | INJM000005:CV CUSTOM VS (MOLDING) |
| **Job Title:** | Plastics S/U & Processor |

| | |
|---|---|
| **Pay Date:** | 1/30/2026 |
| **Pay Period:** | 1/12/2026 - 1/25/2026 |
| **Deposit Advice #:** | 200902218 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 34.9700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$0.00 |
| **Local Exemptions:** | 0 (Concord) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | |
|---|---|
| **Employer Name:** | Southco Inc |
| **Employer Phone:** | 610-361-6085 |
| **Employer Address:** | 210 N Brinton Lake Road<br>Concordville, PA 19331 |

| | Current 1/12/2026 - 1/25/2026 | | | YTD As of 1/25/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **88.00** | | **$3,217.24** | **248.25** | **$8,643.79** |
| Regular | 80.00 | 34.9700 | $2,797.60 | 216.00 | $7,408.56 |
| Company Holiday | | | | 24.00 | $803.04 |
| Overtime | 8.00 | 52.4550 | $419.64 | 8.25 | $432.19 |
| **Taxable Benefits** | | | **$7.22** | | **$23.54** |
| Imputed Income | | | $7.22 | | $23.54 |
| **Memo Information** | | | **$886.76** | | **$2,604.80** |
| 401(k) Match | | | $80.43 | | $216.10 |
| ER Paid Medical | | | $806.33 | | $2,388.70 |
| **Pre-Tax Deductions** | | | **$494.62** | | **$1,427.71** |
| 401K | | | $160.86 | | $432.19 |
| Dental | | | $14.26 | | $42.78 |
| Medical | | | $317.18 | | $945.78 |
| Vision | | | $2.32 | | $6.96 |
| **Taxes** | | | **$674.86** | | **$1,698.99** |
| Fed W/H | | | $332.13 | | $789.77 |
| FICA EE | | | $179.22 | | $475.65 |
| Fed MWT EE | | | $41.91 | | $111.24 |
| PA W/H | | | $88.52 | | $234.80 |
| PA UT EE | | | $2.25 | | $6.05 |
| CncrdTwpW/H-D | | | $28.83 | | $76.48 |
| CncrdTwpLST | | | $2.00 | | $4.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$2,047.76** | | **$5,517.09** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,997.76 | | |

Case 26-11140-amc Doc 25 Filed 05/11/26 Entered 05/11/26 15:38:59 Desc Main Document Page 4 of 5

Case 26-11140-amc Doc 25 Filed 05/15/26 Entered 05/15/26 15:39:59 Desc Main Document Page 5 of 5

# TouchPoint

| Employee Name: | Brian M Shaffer | Pay Date: | 2/13/2026 |
|---|---|---|---|
| | | Pay Period: | 1/26/2026 - 2/8/2026 |
| Employee #: | 000002696 | Deposit Advice #: | 208649323 |
| Employee Address: | 28 Scarlet Ave Aston, PA 19014 | Pay Frequency: | Bi-Weekly |
| | | Pay Rate: | 34.9700 |
| Department: | INJM000005:CV CUSTOM VS (MOLDING) | Federal Filing Status: | Single |
| | | Federal Exemptions: | 0/$0.00 |
| Job Title: | Plastics S/U & Processor | Local Exemptions: | 0 (Concord) |

**Employer Name:** Southco Inc
**Employer Phone:** 610-361-6085
**Employer Address:** 210 N Brinton Lake Road Concordville, PA 19331

| | State Filing Status: | Single (PA) |
|---|---|---|
| | State Exemptions: | 0 (PA) |

| | Current 1/26/2026 - 2/8/2026 | | | YTD As of 2/8/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.75** | | **$2,836.94** | **329.00** | **$11,480.73** |
| Regular | 80.00 | 34.9700 | $2,797.60 | 296.00 | $10,206.16 |
| Company Holiday | | | | 24.00 | $803.04 |
| Overtime | 0.75 | 52.4550 | $39.34 | 9.00 | $471.5? |
| **Taxable Benefits** | | | **$10.01** | | **$33.5?** |
| Imputed Income | | | $10.01 | | $33.5? |
| **Memo Information** | | | **$877.26** | | **$3,482.06** |
| 401(k) Match | | | $70.93 | | $287.0? |
| ER Paid Medical | | | $806.33 | | $3,195.?? |
| **Pre-Tax Deductions** | | | **$475.61** | | **$1,903.3?** |
| 401K | | | $141.85 | | $574.0? |
| Dental | | | $14.26 | | $57.04 |
| Medical | | | $317.18 | | $1,262.96 |
| Vision | | | $2.32 | | $9.28 |
| **Taxes** | | | **$550.78** | | **$2,249.77** |
| Fed W/H | | | $252.65 | | $1,041.42 |
| FICA EE | | | $155.82 | | $631.47 |
| Fed MWT EE | | | $36.44 | | $147.68 |
| PA W/H | | | $76.85 | | $311.65 |
| PA UT EE | | | $1.99 | | $8.04 |
| CncrdTwpW/H-D | | | $25.03 | | $101.51 |
| CncrdTwpLST | | | $2.00 | | $8.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,810.55** | | **$7,327.64** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,760.55 | | |