Corinthian Enterprises LLC
900 Foulk Road
Suite 203
DE 19803

Vanessa Shaffer
28 Scarlet Ave
Aston, PA 19014

Direct Deposit

---

**Employee Pay Stub**          Check number: DD2140                    Pay Period: 12/07/2025 - 12/20/2025          Pay Date: 12/25/2025

**Employee**                                                          **SSN**

Vanessa Shaffer, 28 Scarlet Ave, Aston, PA 19014                     ***-**-2503

**Earnings and Hours**

| | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Front Desk | 64:29 | 24.00 | 1,547.60 | 22,673.20 |
| Holiday | | | | 672.00 |
| PTO - Hourly | | | | 528.00 |
| | 64:29 | | 1,547.60 | 23,873.20 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -56.00 | -720.00 |
| Social Security Employee | -95.95 | -1,480.14 |
| Medicare Employee | -22.44 | -346.16 |
| DE - Withholding | -48.69 | -677.61 |
| | -223.08 | -3,223.91 |

**Net Pay**          1,324.52          20,649.29

**Direct Deposit**

| | Amount |
|---|---|
| Checking - ***3054 | 1,324.52 |

**Vacation Time**

| | Accrued | Used | Available |
|---|---|---|---|
| Current | | | |
| YTD | 0:00 | | -22:00 |

**Memo**

Direct Deposit

---

Corinthian Enterprises LLC, 900 Foulk Road, Suite 203, DE 19803

Powered by Intuit Payroll

Corinthian Enterprises LLC
900 Foulk Road
Suite 203
DE 19803

Vanessa Shaffer
28 Scarlet Ave
Aston, PA 19014

Direct Deposit

**Employee Pay Stub**

Check number: DD2158

Pay Period: 12/21/2025 - 01/03/2026         Pay Date: 01/08/2026

**Employee**

Vanessa Shaffer, 28 Scarlet Ave, Aston, PA 19014

**SSN**

***-**-2503

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Front Desk | 40:33 | 24.00 | 973.20 | 973.20 |
| Holiday | 23:00 | 24.00 | 552.00 | 552.00 |
| | 63:33 | | 1,525.20 | 1,525.20 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -45.00 | -45.00 |
| Social Security Employee | | | -94.56 | -94.56 |
| Medicare Employee | | | -22.12 | -22.12 |
| DE - Withholding | | | -47.45 | -47.45 |
| | | | -209.13 | -209.13 |

| **Net Pay** | | | **1,316.07** | **1,316.07** |

**Direct Deposit**

| | Amount |
|---|---|
| Checking - ***3054 | 1,316.07 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | | | |
| YTD | 0:00 | | -22:00 |

**Memo**

Direct Deposit

Powered by **Intuit Payroll**

Corinthian Enterprises LLC
900 Foulk Road
Suite 203
DE 19803

Vanessa Shaffer
28 Scarlet Ave
Aston, PA 19014

Direct Deposit

| Employee Pay Stub | Check number: DD2185 | | | | Pay Period: 02/01/2026 - 02/14/2026 | | Pay Date: 02/19/2026 |

**Employee**

Vanessa Shaffer, 28 Scarlet Ave, Aston, PA 19014

**SSN**

***-**-2503

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Front Desk | 66:37 | 24.00 | 1,598.80 | 5,634.80 |
| Holiday | | | | 552.00 |
| | 66:37 | | 1,598.80 | 6,186.80 |

| Direct Deposit | | Amount |
|---|---|---|
| Checking - ***3054 | | 1,371.97 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | |
| YTD | | | -22:00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -53.00 | -189.00 |
| Social Security Employee | -99.12 | -383.58 |
| Medicare Employee | -23.18 | -89.71 |
| DE - Withholding | -51.53 | -194.57 |
| | -226.83 | -856.86 |

**Memo**

Direct Deposit

| Net Pay | 1,371.97 | 5,329.94 |

Powered by Intuit Payroll

Corinthian Enterprises LLC
900 Foulk Road
Suite 203
DE 19803

Vanessa Shaffer
28 Scarlet Ave
Aston, PA 19014

Direct Deposit

| Employee Pay Stub | | Check number: DD2176 | | | Pay Period: 01/18/2026 - 01/31/2026 | | Pay Date: 02/05/2026 |

**Employee**

Vanessa Shaffer, 28 Scarlet Ave, Aston, PA 19014

**SSN**

***-**-2503

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Front Desk | 57:20 | 24.00 | 1,376.00 | 4,036.00 |
| Holiday | | | | 552.00 |
| | 57:20 | | 1,376.00 | 4,588.00 |

**Direct Deposit**

| | Amount |
|---|---|
| Checking - ***3054 | 1,201.55 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -30.00 | -136.00 |
| Social Security Employee | -85.32 | -284.46 |
| Medicare Employee | -19.96 | -66.53 |
| DE - Withholding | -39.17 | -143.04 |
| | -174.45 | -630.03 |

**Vacation Time**

| | Accrued | Used | Available |
|---|---|---|---|
| Current | | | |
| YTD | 0:00 | | -22:00 |

**Memo**

Direct Deposit

| **Net Pay** | | **1,201.55** | **3,957.97** |

Corinthian Enterprises LLC
900 Foulk Road
Suite 203
DE 19803


Vanessa Shaffer
28 Scarlet Ave
Aston, PA 19014


Direct Deposit

---

**Employee Pay Stub**  Check number: DD2079        Pay Period: 09/14/2025 - 09/27/2025        Pay Date: 10/02/2025

**Employee**                                                          SSN

Vanessa Shaffer, 28 Scarlet Ave, Aston, PA 19014                     ***-**-2503

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly – Front Desk | 38:47 | 24.00 | 930.80 | 14,230.40 |
| PTO – Hourly | 22:00 | 24.00 | 528.00 | 528.00 |
| Holiday | | | | 504.00 |
| | 60:47 | | 1,458.80 | 15,262.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -47.00 | -452.00 |
| Social Security Employee | -90.45 | -946.27 |
| Medicare Employee | -21.15 | -221.30 |
| DE – Withholding | -43.76 | -422.02 |
| | -202.36 | -2,041.59 |

| **Net Pay** | **1,256.44** | **13,220.81** |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ***3054 | | | 1,256.44 |

| Vacation Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:00 | | |
| YTD | | | -22:00 |

**Memo**

Direct Deposit

---

Corinthian Enterprises LLC, 900 Foulk Road, Suite 203, DE 19803

Powered by Intuit Payroll

Corinthian Enterprises LLC
900 Foulk Road
Suite 203
DE 19803


Vanessa Shaffer
28 Scarlet Ave
Aston, PA 19014


Direct Deposit

---

**Employee Pay Stub**

Check number: DD2167

**Employee**

Vanessa Shaffer, 28 Scarlet Ave, Aston, PA 19014

Pay Period: 01/04/2026 - 01/17/2026

Pay Date: 01/22/2026

**SSN**

***-**-2503

**Earnings and Hours**

| | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Front Desk | 70:17 | 24.00 | 1,686.80 | 2,660.00 |
| Holiday | | | | 552.00 |
| | 70:17 | | 1,686.80 | 3,212.00 |

**Direct Deposit**

Checking - ***3054

| | Amount |
|---|---|
| | 1,440.35 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -61.00 | -106.00 |
| Social Security Employee | -104.58 | -199.14 |
| Medicare Employee | -24.45 | -46.57 |
| DE - Withholding | -56.42 | -103.87 |
| | -246.45 | -455.58 |

**Vacation Time**

| | Current | Accrued | Used | Available |
|---|---|---|---|---|
| | YTD | 0:00 | | -22:00 |

**Memo**

Direct Deposit

**Net Pay**

| | |
|---|---|
| 1,440.35 | 2,756.42 |

---

Corinthian Enterprises LLC, 900 Foulk Road, Suite 203, DE 19803

Powered by **Intuit Payroll**