**TouchPoint**

| Employee Name: | Brian M Shaffer | Pay Date: | 1/16/2026 |
|---|---|---|---|
| | | Pay Period: | 12/29/2025 - 1/11/2026 |
| Employee #: | 000002696 | Deposit Advice #: | 192669061 |
| Employee Address: | 28 Scarlet Ave | Pay Frequency: | Bi-Weekly |
| | Aston, PA 19014 | Pay Rate: | 34.9700 |
| Department: | INJM000005:CV CUSTOM VS (MOLDING) | Federal Filing Status: | Single |
| | | Federal Exemptions: | 0/$0.00 |
| Job Title: | Plastics S/U & Processor | Local Exemptions: | 0 (Concord) |
| | | State Filing Status: | Single (PA) |
| | | State Exemptions: | 0 (PA) |

**Employer Name:** Southco Inc
**Employer Phone:** 610-361-6085
**Employer Address:** 210 N Brinton Lake Road
Concordville, PA 19331

| | Current 12/29/2025 - 1/11/2026 | | | YTD As of 1/11/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.25** | | **$2,749.75** | **160.25** | **$5,426.55** |
| Regular | 32.00 | 33.4600 | $1,070.72 | 136.00 | $4,610.96 |
| Regular | 40.00 | 34.9700 | $1,398.80 | | |
| Company Holiday | 8.00 | 33.4600 | $267.68 | 24.00 | $803.04 |
| Overtime | 0.25 | 50.1900 | $12.55 | 0.25 | $12.55 |
| **Taxable Benefits** | | | **$7.22** | | **$16.32** |
| Imputed Income | | | $7.22 | | $16.32 |
| **Memo Information** | | | **$875.08** | | **$1,718.04** |
| 401(k) Match | | | $68.75 | | $135.67 |
| ER Paid Medical | | | $806.33 | | $1,582.37 |
| **Pre-Tax Deductions** | | | **$465.49** | | **$933.09** |
| 401K | | | $137.49 | | $271.33 |
| Dental | | | $14.26 | | $28.52 |
| Medical | | | $311.42 | | $628.60 |
| Vision | | | $2.32 | | $4.64 |
| **Taxes** | | | **$524.01** | | **$1,024.13** |
| Fed W/H | | | $235.69 | | $456.64 |
| FICA EE | | | $150.60 | | $296.43 |
| Fed MWT EE | | | $35.22 | | $69.33 |
| PA W/H | | | $74.35 | | $146.28 |
| PA UT EE | | | $1.93 | | $3.80 |
| CncrdTwpW/H-D | | | $24.22 | | $47.65 |
| CncrdTwpLST | | | $2.00 | | $4.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,760.25** | | **$3,469.33** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,710.25 | | |

Case 26-11140-amc    Doc 27    Filed 05/21/26    Entered 05/21/26 14:10:40    Desc Main
Document    Page 2 of 5

**TouchPoint**

| Employee Name: | Brian M Shaffer | Pay Date: | 2/13/2026 |
|---|---|---|---|
| | | Pay Period: | 1/26/2026 - 2/8/2026 |
| Employee #: | 000002696 | Deposit Advice #: | 208649323 |
| Employee Address: | 28 Scarlet Ave | Pay Frequency: | Bi-Weekly |
| | Aston, PA 19014 | Pay Rate: | 34.9700 |
| Department: | INJM000005:CV CUSTOM VS (MOLDING) | Federal Filing Status: | Single |
| | | Federal Exemptions: | 0/$0.00 |
| Job Title: | Plastics S/U & Processor | Local Exemptions: | 0 (Concord) |

| Employer Name: | Southco Inc |
|---|---|
| Employer Phone: | 610-361-6085 |
| Employer Address: | 210 N Brinton Lake Road Concordville, PA 19331 |

| State Filing Status: | Single (PA) |
|---|---|
| State Exemptions: | 0 (PA) |

| | Current 1/26/2026 - 2/8/2026 | | | YTD As of 2/8/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.75** | | **$2,836.94** | **329.00** | **$11,480.73** |
| Regular | 80.00 | 34.9700 | $2,797.60 | 296.00 | $10,206.16 |
| Company Holiday | | | | 24.00 | $803.04 |
| Overtime | 0.75 | 52.4550 | $39.34 | 9.00 | $471.53 |
| **Taxable Benefits** | | | **$10.01** | | **$33.55** |
| Imputed Income | | | $10.01 | | $33.55 |
| **Memo Information** | | | **$877.26** | | **$3,482.06** |
| 401(k) Match | | | $70.93 | | $287.06 |
| ER Paid Medical | | | $806.33 | | $3,195.00 |
| **Pre-Tax Deductions** | | | **$475.61** | | **$1,903.32** |
| 401K | | | $141.85 | | $574.04 |
| Dental | | | $14.26 | | $57.04 |
| Medical | | | $317.18 | | $1,262.96 |
| Vision | | | $2.32 | | $9.28 |
| **Taxes** | | | **$550.78** | | **$2,249.77** |
| Fed W/H | | | $252.65 | | $1,041.42 |
| FICA EE | | | $155.82 | | $631.47 |
| Fed MWT EE | | | $36.44 | | $147.68 |
| PA W/H | | | $76.85 | | $311.65 |
| PA UT EE | | | $1.99 | | $8.04 |
| CncrdTwpW/H-D | | | $25.03 | | $101.51 |
| CncrdTwpLST | | | $2.00 | | $8.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,810.55** | | **$7,327.64** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,760.55 | | |

# TouchPoint

| Employee Name: | Brian M Shaffer | Pay Date: | 1/30/2026 |
|---|---|---|---|
| | | Pay Period: | 1/12/2026 - 1/25/2026 |
| Employee #: | 000002696 | Deposit Advice #: | 200902218 |
| Employee Address: | 28 Scarlet Ave | Pay Frequency: | Bi-Weekly |
| | Aston, PA 19014 | Pay Rate: | 34.9700 |
| Department: | INJM000005:CV CUSTOM VS (MOLDING) | Federal Filing Status: | Single |
| | | Federal Exemptions: | 0/$0.00 |
| Job Title: | Plastics S/U & Processor | Local Exemptions: | 0 (Concord) |
| | | State Filing Status: | Single (PA) |
| | | State Exemptions: | 0 (PA) |

**Employer Name:** Southco Inc
**Employer Phone:** 610-361-6085
**Employer Address:** 210 N Brinton Lake Road
Concordville, PA 19331

Case 26-11140-amc  Doc 27  Filed 05/21/26  Entered 05/21/26 14:10:40  Desc Main Document  Page 43 of 5

| | Current 1/12/2026 - 1/25/2026 | | | YTD As of 1/25/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **88.00** | | **$3,217.24** | **248.25** | **$8,643.79** |
| Regular | 80.00 | 34.9700 | $2,797.60 | 216.00 | $7,408.56 |
| Company Holiday | | | | 24.00 | $803.04 |
| Overtime | 8.00 | 52.4550 | $419.64 | 8.25 | $432.19 |
| **Taxable Benefits** | | | **$7.22** | | **$23.54** |
| Imputed Income | | | $7.22 | | $23.54 |
| **Memo Information** | | | **$886.76** | | **$2,604.80** |
| 401(k) Match | | | $80.43 | | $216.10 |
| ER Paid Medical | | | $806.33 | | $2,388.70 |
| **Pre-Tax Deductions** | | | **$494.62** | | **$1,427.71** |
| 401K | | | $160.86 | | $432.19 |
| Dental | | | $14.26 | | $42.78 |
| Medical | | | $317.18 | | $945.78 |
| Vision | | | $2.32 | | $6.96 |
| **Taxes** | | | **$674.86** | | **$1,698.99** |
| Fed W/H | | | $332.13 | | $788.77 |
| FICA EE | | | $179.22 | | $475.65 |
| Fed MWT EE | | | $41.91 | | $111.24 |
| PA W/H | | | $88.52 | | $234.80 |
| PA UT EE | | | $2.25 | | $6.05 |
| CncrdTwpW/H-D | | | $28.83 | | $76.48 |
| CncrdTwpLST | | | $2.00 | | $6.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$2,047.76** | | **$5,517.09** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,997.76 | | |



**TouchPoint**

| | |
|---|---|
| **Employer Name:** | Southco Inc |
| **Employer Phone:** | 610-361-6085 |
| **Employer Address:** | 210 N Brinton Lake Road |
| | Concordville, PA 19331 |

| | |
|---|---|
| **Employee Name:** | Brian M Shaffer |
| **Employee #:** | 000002696 |
| **Employee Address:** | 28 Scarlet Ave |
| | Aston, PA 19014 |
| **Department:** | INJM000005:CV CUSTOM VS (MOLDING) |
| **Job Title:** | Plastics S/U & Processor |

| | |
|---|---|
| **Pay Date:** | 3/13/2026 |
| **Pay Period:** | 2/23/2026 - 3/8/2026 |
| **Deposit Advice #:** | 225001863 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 34.9700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$0.00 |
| **Local Exemptions:** | 0 (Concord) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | Current 2/23/2026 - 3/8/2026 | | | YTD As of 3/8/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.00** | | **$2,797.60** | **489.00** | **$17,075.93** |
| Regular | 72.00 | 34.9700 | $2,517.84 | 448.00 | $15,521.60 |
| Company Holiday | | | | 24.00 | $803.04 |
| PTO | 8.00 | 34.9700 | $279.76 | 8.00 | $279.76 |
| Overtime | | | | 9.00 | $471.53 |
| **Taxable Benefits** | | | **$10.01** | | **$53.57** |
| Imputed Income | | | $10.01 | | $53.57 |
| **Memo Information** | | | **$876.27** | | **$5,234.60** |
| 401(k) Match | | | $69.94 | | $426.91 |
| ER Paid Medical | | | $806.33 | | $4,807.69 |
| **Pre-Tax Deductions** | | | **$473.64** | | **$2,850.60** |
| 401K | | | $139.88 | | $853.80 |
| Dental | | | $14.26 | | $85.56 |
| Medical | | | $317.18 | | $1,897.32 |
| Vision | | | $2.32 | | $13.92 |
| **Taxes** | | | **$537.92** | | **$3,325.60** |
| Fed W/H | | | $244.43 | | $1,530.28 |
| FICA EE | | | $153.38 | | $938.23 |
| Fed MWT EE | | | $35.87 | | $219.42 |
| PA W/H | | | $75.64 | | $462.93 |
| PA UT EE | | | $1.96 | | $11.95 |
| CncrdTwpW/H-D | | | $24.64 | | $150.79 |
| CncrdTwpLST | | | $2.00 | | $12.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,786.04** | | **$10,899.73** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,736.04 | | |

# TouchPoint

| | | |
|---|---|---|
| **Employee Name:** | Brian M Shaffer | |
| **Employee #:** | 000002696 | |
| **Employee Address:** | 28 Scarlet Ave<br>Aston, PA 19014 | |
| **Department:** | INJM000005:CV CUSTOM VS (MOLDING) | |
| **Job Title:** | Plastics S/U & Processor | |

| | |
|---|---|
| **Pay Date:** | 2/27/2026 |
| **Pay Period:** | 2/9/2026 - 2/22/2026 |
| **Deposit Advice #:** | 216506187 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 34.9700 |
| **Federal Filing Status:** | Single |
| **Federal Exemptions:** | 0/$0.00 |
| **Local Exemptions:** | 0 (Concord) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0 (PA) |

| | |
|---|---|
| **Employer Name:** | Southco Inc |
| **Employer Phone:** | 610-361-6085 |
| **Employer Address:** | 210 N Brinton Lake Road<br>Concordville, PA 19331 |

Case 26-11140-amc Doc 276 Filed 06/23/26 Entered 05/23/26 14:10:40 Desc Main Document Page 5 of 5

| | Current<br>2/9/2026 - 2/22/2026 | | | YTD<br>As of 2/22/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$2,797.60** | **409.00** | **$14,278.33** |
| Regular | 80.00 | 34.9700 | $2,797.60 | 376.00 | $13,003.25 |
| Company Holiday | | | | 24.00 | $803.04 |
| Overtime | | | | 9.00 | $472.51 |
| **Taxable Benefits** | | | **$10.01** | | **$45.55** |
| Imputed Income | | | $10.01 | | $45.55 |
| **Memo Information** | | | **$876.27** | | **$4,358.21** |
| 401(k) Match | | | $69.94 | | $356.21 |
| ER Paid Medical | | | $806.33 | | $4,002.36 |
| **Pre-Tax Deductions** | | | **$473.64** | | **$2,376.56** |
| 401K | | | $139.88 | | $710.71 |
| Dental | | | $14.26 | | $74.17 |
| Medical | | | $317.18 | | $1,580.94 |
| Vision | | | $2.32 | | $11.60 |
| **Taxes** | | | **$537.91** | | **$2,787.68** |
| Fed W/H | | | $244.43 | | $1,285.81 |
| FICA EE | | | $153.38 | | $784.89 |
| Fed MWT EE | | | $35.87 | | $183.54 |
| PA W/H | | | $75.64 | | $387.29 |
| PA UT EE | | | $1.95 | | $9.89 |
| CncrdTwpW/H-D | | | $24.64 | | $126.26 |
| CncrdTwpLST | | | $2.00 | | $10.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,786.05** | | **$9,113.69** |
| Direct Deposit | 031000503 | XXXXXXXXX0498 | $50.00 | | |
| Direct Deposit | 031000503 | XXXXXXXXX5830 | $1,736.05 | | |